# ELECTRONIC RECORD

COA # 14-12-01069-CR          OFFENSE: Aggravated Robbery

STYLE: Daleon Demond Potts v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed          TRIAL COURT: 184th District Court

DATE: 11/14/2013          Publish: No          TC CASE #: 1340949

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

STYLE: _____          CCA #: _____

_____ State's _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

Granted & remanded          JUDGE: _____

DATE: April 16, 2014          SIGNED: _____     PC: _____

JUDGE: PC          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____